UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 09-00866 DLJ |
| Plaintiff, ) | ~~[PROPOSED]~~ FINAL ORDER OF FORFEITURE |
| v. ) | |
| JULIAN PONCE, ) | |
| Defendant. ) | |

On January 25, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in

1. The Apple I-phone, seized from the defendant on August 28, 2009;

2. The Motorola I-830, seized from the defendant on August 28, 2009; and

3. The Motorola I-290 Boost Mobile phone, seized from the defendant on August 28, 2009

pursuant to Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this 8th day of September 2011.

_____
D. LOWELL JENSEN
United States District Judge